6/25/06



To. Honorable Judge Farnan
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF DELAWARE

    I am writing to request a updated Presentence Report, ABSENT of paragraph 36. The case under Indictment No. B 90-03-0279 I, in Gloucester County Superior Court, Woodbury NJ 08096, was Dismissed From the Courts docket on 5-5-1994. However my current Presentence Report is used by the Federal Bureau of Prisons as their primary sources of information, Therefore in accordance with Bureau of Prisons Operations memorandum 068-93 (5820) Maintenance of Inmates File's, I'm requesting an updated Presentence Report, I am respectfully submitting this request through my Case manager Ms. Graham. A request From my Case manager was sent to the U.S. Probation officer, on May 26-2006, However there has not been any response.

    See attached

    Thank you For your time
        Respectfully
    Douglas Correll
    Douglas Correll 18399-037
                           unit, D2
    USP CANAAN
    P.O. Box 300
    WAYMART, PA, 18472