Mr. Douglas Correll 18399-037
USP. CANAAN        Unit D2
P.O. Box 300
WAYMART, PA, 18472

C/o Honorable Judge Farnan
844 KING STREET
U.S COURTHOUSE
Wilmington Delaware 19801

SCRANTON PA 185
28 JUN 2006 PM I L